■ KIM M. COCO, Individually and as Executrix of JOSEPH COCO, Deceased, Appellant, v TOWN OF IRONDEQUOIT et al., Respondents, et al., Defendants. [953 NYS2d 542]—Appeal from an order and judgment (one paper) of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered July 22, 2011. The order and judgment granted the motion of defendants Town of Irondequoit, Town of Irondequoit Historic Preservation Commission and Patricia Wayne to dismiss the complaint and dismissed the complaint against those defendants.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, Sconiers, Valentino and Martoche, JJ.

■ JOHN D. JUSTICE, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 116230.) [953 NYS2d 180]—Appeal from an order of the Court of Claims (Renee Forgensi Minarek, J.), entered November 17, 2011. The order denied claimant's motions to compel disclosure and granted defendant's motion for a protective order.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Sconiers, Valentino and Martoche, JJ.